**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

DEC 19 2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Milton Miguel Pineda-Carcamo   (1),

Defendant.

Case No.  23-cr-2523-H

JUDGMENT AND ORDER OF
DISMISSAL OF INFORMATION,
EXONERATE BOND AND
RELEASE OF PASSPORT

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated:  12/19/2024

_____
Hon. Daniel E. Butcher
United States Magistrate Judge